STATE OF NEW JERSEY v. ANTHONY LUGARA.

December 8, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. PATRICIA HALL.

December 8, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. GARY BROWN.

December 8, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. BRETT H. HEDDEN.

December 8, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ALONZO SHELLEY.

December 8, 1987.

Petition for certification denied.